UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-08753-AB (AS) | Date | September 7, 2018 |
|---|---|---|---|
| Title | Elizabeth Rose Irons v. Nancy Berryhill, *Acting Commissioner of Social Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| N/A | | N/A |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

    On July 18, 2018, the Court issued a Minute Order ordering Plaintiff, within thirty (30) days of Defendant's service on Plaintiff (at Plaintiff's address of record) of a complete copy of the administrative record, to file a motion for summary judgment in accordance with the Court's December 12, 2017 Order Re: Procedures in Social Security Case (see Docket Entry No. 5 at 2-3). The Court expressly warned Plaintiff that her failure to file a timely motion for summary judgment and/or comply with the Court's December 12, 2017 Order Re: Procedures in Social Security Case may result in a recommendation that this action be dismissed for failure to comply with the Court's Orders and/or for failure to prosecute pursuant to Fed.R.Civ.P. 41(b). (Docket Entry No. 18).

    Defendant filed a Notice that Plaintiff was served a copy of the complete certified administrative record on July 27, 2018. (Docket Entry No. 19).

    Plaintiff's motion for summary judgment was due by August 27, 2018. To date, Plaintiff has failed to file the required motion for summary judgment, seek an extension of time to do so, or otherwise communicate with the Court.

    The Court, on its own motion, orders Plaintiff to show cause, in writing, no later than **September 27, 2018**, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file a motion for summary judgment or Declaration in response to this Order to Show Cause **no later than September 27, 2018.** Failure to respond to this Order to Show Cause will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and failure to comply with the Court's Orders. See Fed.R.Civ.P. 41(b).

    **In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to Fed.R.Civ.P. 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Order to Show Cause will result in a**

**reccommendation that this action be dismissed with prejudice for her failure to comply with Court orders and for her failure to prosecute. See Fed.R.Civ.P.41(b).**

|  | 0 : 00 |
|---|---|
| Initials of Preparer | AF |