# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-08753-AB (AS) | Date | January 8, 2019 |
|---|---|---|---|
| Title | Elizabeth Rose Irons v. Nancy Berryhill, *Acting Commissioner of Social Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) FINAL ORDER TO SHOW CAUSE

On September 18, 2018, the Court issued a Minute Order discharging the Court's September 7, 2018 Order to Show Cause (Docket Entry No. 20) based on Plaintiff's filing of what purported to be a Motion for Summary Judgment (Docket Entry No. 20), and ordering Plaintiff to file, by no later than October 18, 2018, a motion for summary judgment in accordance with the Court's December 12, 2017 Order Re: Procedures in Social Security Case (see Docket Entry No. 5 at 2-3). (Docket Entry No. 22 at 1-2). The Court expressly warned Plaintiff that her failure to file a timely motion for summary judgment may result in a recommendation that this action be dismissed for failure to prosecute and/or for failure to comply with the Court's Orders pursuant to Fed.R.Civ.P. 41(b). (Id. at 2).

As of October 18, 2018, Plaintiff had failed to file the required motion for summary judgment, seek an extension of time to do so, or otherwise communicate with the Court. Therefore, on November 13, 2018, the Court ordered Plaintiff to show cause, in writing, no later than December 3, 2018, why this action should not be dismissed for lack of prosecution. (Docket Entry No. 23). Plaintiff was informed that she could file the motion for summary judgment or Declaration in response to the November 13, 2018 Order To Show Cause no later than December 3, 2018.

The Court sua sponte extends the time to **February 7, 2019** for Plaintiff to show cause, in writing, why this action should not be dismissed for lack of prosecution. See Link v. Wabash R. Co., 370 U.S. 626 (1962) (Court has inherent power to dismiss for lack of prosecution on its own motion). Plaintiff may file a motion for summary judgment in accordance with the Court's December 12, 2017 Order Re: Procedures in Social Security Case (see Docket Entry No. 5 at 2-3) or Declaration in response to this Final Order to Show Cause **no later than February 7, 2019.** Failure to respond to this Final Order to Show Cause will result in a recommendation that this action be dismissed with prejudice for failure to prosecute and/or for failure to comply with the Court's Orders. See Fed.R.Civ.P. 41(b).

**In addition, Plaintiff may instead request a voluntary dismissal of this action pursuant to**

**Fed.R.Civ.P. 41(a). A Notice of Dismissal form is attached for Plaintiff's convenience. Plaintiff is expressly warned that failure to file a timely response to this Final Order to Show Cause will result in a reccommendation that this action be dismissed with prejudice for her failureher failure to prosecute and/or for her failure to comply with Court orders. See Fed.R.Civ.P.41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | AF | | |