# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 17-08753-AB (AS) | Date | January 10, 2019 |
|---|---|---|---|
| Title | Elizabeth Rose Irons v. Nancy Berryhill, *Acting Commissioner of Social Security* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| N/A | N/A |

**Proceedings:** (IN CHAMBERS) ORDER VACATING JANUARY 9, 2019 ORDER STAYING CASE AND DENYING APPLICATION FOR A STAY

The Court's January 9, 2019 Order Staying Case Due to the Lapse in Appropriations (Docket Entry No. 27) is VACATED. The United States of America's Application for a Stay Due to Lapse of Appropriations, filed on January 7, 2019 (Docket Entry No. 26), is DENIED.

The Court's January 8, 2019 Final Order to Show Cause (Docket Entry No. 25), a copy of which is attached hereto, remains in effect.

Per the Court's January 8, 2019 Final Order to Show Cause, Plaintiff has until **February 7, 2019** to file a motion for summary judgment in accordance with the Court's December 12, 2017 Order Re: Procedures in Social Security Case (see Docket Entry No. 5 at 2-3) or to file a Declaration in response to the Court's January 8, 2009 Final Order to Show Cause.

**Plaintiff again is expressly warned that the failure to file a timely response to the Court's January 8, 2019 Final Order to Show Cause will result in a reccommendation that this action be dismissed with prejudice for her failure to prosecute and/or for her failure to comply with Court orders. See Fed.R.Civ.P.41(b).**

|  | 0 | : | 00 |
|---|---|---|---|
| | Initials of Preparer | | AF |